IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jametrius L. Judge, <br> a/k/a Jametrius Laquan Judge, <br><br> Petitioner, <br><br> vs. <br><br> United States of America, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 2:11-cv-3031-TLW-BHH <br> ) <br> ) <br> ) <br> ) <br> ) |

# **ORDER**

On November 8, 2011, the petitioner, Jametrius L. Judge ("petitioner"), proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). The case was referred to United States Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 11). On January 5, 2012, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the District Court dismiss this petition pursuant to 28 U.S.C. § 2241 without prejudice and without issuance and service of process. (Doc. # 11). The petitioner filed no objections to the Report. Objections were due on January 23, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**.  (Doc. # 11).  For the reasons articulated by the Magistrate Judge, this petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

March 26, 2012
Florence, South Carolina

2